Jacob W. Welty, appellant, v. Adolph Bursing, appellee. Gen. No. 7,215.

Action of replevin for fence poles and pole wood. Judgment for defendant. Appeal from the Circuit Court of Ogle county; the Hon. F. J. Stransky, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923.

James L. McDowell and Roy F. Hall, for appellant. Seyster & Fearer, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Almeda Peterson, appellee, v. Andrew Anderson, appellant. Gen. No. 7,229.

Suit for room rent and board and attendance. Verdict for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923. Rehearing denied October 2, 1923.

R. C. Hunt, for appellant. J. E. Maley, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Carl Crane, appellant, v. James T. Wheeler, sheriff of Knox County, appellee. Gen. No. 7,238.

Action of replevin against sheriff for possession of automobile. Judgment for defendant. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed August 13, 1923.

Fletcher Carney, James W. Carney and Sig. B. Nelson, for appellant. Marsh & Rice and R. C. Woolsey, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Dorothy Grimm, defendant in error, v. Henry Grimm, plaintiff in error. Gen. No. 7,049.

Wife's suit for divorce for habitual drunkenness. Decree for complainant, dissolving marriage and awarding custody of child to her, with $50 per month alimony. Error to the Circuit Court of Kane county; the Hon. C. F. Irwin, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed August 13, 1923.

Charles H. Darling, for plaintiff in error. J. Bruce Amell, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.